No. 77–560.  GARDNER v. WESTINGHOUSE BROADCASTING CO. C. A. 3d Cir.  [Certiorari granted, 434 U. S. 984.]  Motion of Equal Employment Advisory Council for leave to file a brief as *amicus curiae* granted.

No. 77–6259.  SEAGROVES v. TENNESSEE.  Motion for leave to file petition for writ of habeas corpus denied.

No. 77–1094.  GALANTE v. ATTORNEY GENERAL OF THE UNITED STATES ET AL.  Motion for leave to file petition for writ of habeas corpus denied.  MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion.

No. 77–120.  DOUGHERTY COUNTY, GEORGIA, BOARD OF EDUCATION, ET AL. v. WHITE.  Appeal from D. C. M. D. Ga.  Probable jurisdiction noted.

No. 77–803.  BARRY, CHAIRMAN, RACING AND WAGERING BOARD OF NEW YORK, ET AL. v. BARCHI.  Appeal from D. C. S. D. N. Y.  Probable jurisdiction noted.

No. 77–1115.  LALLI v. LALLI, ADMINISTRATRIX, ET AL.  Appeal from Ct. App. N. Y.  Probable jurisdiction noted.

No. 77–991.  CALIFANO, SECRETARY OF HEALTH, EDUCATION, AND WELFARE v. AZNAVORIAN; and

No. 77–5999.  AZNAVORIAN v. CALIFANO, SECRETARY OF HEALTH, EDUCATION, AND WELFARE.  Appeals from D. C. S. D. Cal.  Motions of Grace Aznavorian for leave to proceed *in forma pauperis* granted.  Probable jurisdiction noted, cases consolidated, and a total of one hour allotted for oral argument.